

# Money Management International
# Facsimile Transmission

**From:**
Fax Number:
Voice Phone: 3318

**To:** James Frazin
Company:
Fax Number: 847-548-7300
Voice Phone:

**cc:**

## Fax Notes:

BK Certificate for JORGE OCAMPO

Confidentiality Notice
The following information contains confidential and/or personal information intended only for the
designated recipient. IF you are not the designated recipient please ensure direct delivery. DO NOT
READ OR COPY THIS TEXT. To do so would be in violation of Money Management International /
Consumer Credit Counseling Service of the Gulf Coast Area, Inc's confidentiality policy. If you have
received this communication in error, please notify us immediately through the above number.
Thank you.
Date and time of transmission: Tuesday, November 10, 2009 12:45:08 AM
Number of pages including this cover sheet: 02

Certificate Number: 01267-ILN-CC-008959771

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 10, 2009, at 12:42 o'clock AM CST,

Jorge A Ocampo received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: November 10, 2009    By    /s/Tania Roman

                            Name    Tania Roman

                            Title    Counselor I

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).